WILLIAM J. LUTES v. SOL A. SHENK, Doing Business as SHENCO SALES COMPANY, et al.— Motion denied and stay contained in order to show cause, dated February 23, 1955, vacated. Present — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ. [See *ante*, p. 878.]

JACOB GOODMAN & COMPANY, INC., v. NEW YORK TELEPHONE COMPANY et al. — Motion denied and stay contained in order to show cause, dated March 7, 1955, vacated. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See *ante*, pp. 879, 882.]

## (March 25, 1955.)

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT HEYWOOD.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

## (March 29, 1955.)

JOE JULIAN, Appellant, v. AMERICAN BUSINESS CONSULTANTS, INC., et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.

PETER RUGANI, Respondent, v. K. L. M. ROYAL DUTCH AIRLINES, Appellant.— Determination unanimously affirmed, with costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ. [See *post*, p. 1128.]

CHARLES BALLARD, JR., an Infant, by His Guardian ad Litem, VERA BALLARD, Appellant, et al., Plaintiff, v. PALLO CAB CO., Respondent, et al., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.

RED RAVEN GRILL, INC., et al., Respondents, v. DOMINICKS RESTAURANT, INC., et al., Defendants, and JACOB M. RUDY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.